

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

October 6, 2022

**Via CM/ECF**
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York

      Re:    **Velazquez v. Recreational Equipment, Inc.**
                Case #: 1:22-cv-06731-JLR

Dear Judge Rochon:

      We represent the plaintiff in the above matter.  We write to respectfully request that the October 7, 2022, due date to submit the joint status letter, per Your Honor's order of September 23, be adjourned.  Defendant AlertOne Services has been served with the summons and complaint on October 3, 2022.  However, Defendant has not yet made an appearance or reached out to Plaintiff.  Therefore, the parties have not had an opportunity to jointly prepare the status letter.

      We ask for an extension of 30 days to give the parties time to discuss this case and prepare the status letter.  This is the first such request in this matter.

      We thank Your Honor and the Court for its kind considerations and courtesies.

                                      Respectfully submitted,

                                      *s/ Mark Rozenberg*
                                      Mark Rozenberg, Esq.

cc:    All Counsel of Record via ECF

Application GRANTED.  The parties shall file their joint letter no later than **November 7, 2022**.

New York, New York
Dated: October 7, 2022

SO ORDERED

*Jennifer Rochon* (signature)
JENNIFER L. ROCHON
United States District Judge