# PERKINSCOIE

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

October 14, 2022

Dennis C. Hopkins
DHopkins@perkinscoie.com
D.  +1.212.262.6916
F.  +1.212.977.1646

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Application GRANTED.  Defendant shall respond to the
Complaint no later than **November 23, 2022.**

Dated: October 17, 2022
       New York, New York

SO ORDERED

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge

**Re:**   *Velazquez v. Recreational Equipment, Inc.*
          **Case #: 1:22-cv-06731-JLR**

**Defendant Recreational Equipment Inc.'s Request for Extension of Time to Respond to the Complaint**

Dear Judge Rochon:

We represent Defendant Recreational Equipment Inc. ("Defendant") in the above-referenced action.  We write to request an extension of time to respond to the Complaint in this action until November 23, 2022. The current date by which a response to the Complaint is due is October 24, 2022. Defendant needs additional time to investigate the allegations of the Complaint and has conferred with counsel for the plaintiff, who consents to this request.  Defendant has made no previous request for an extension in this matter which the Court granted.

Thank you for your consideration.

Very truly yours,

*/s/ Dennis Hopkins*
Dennis Hopkins

DCH:llm

cc:      All Counsel of Record (via ECF)

Perkins Coie LLP